NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WILLIAM G. ABELL,**
*Claimant-Appellant*

**v.**

**ROBERT WILKIE, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee*

---

2019-1313

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 17-1983, Chief Judge Margaret C. Bartley.

---

Decided:  February 7, 2020

---

KENNETH M. CARPENTER, Law Offices of Carpenter Chartered, Topeka, KS, argued for claimant-appellant.

SOSUN BAE, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee.  Also represented by JOSEPH H. HUNT, MARTIN F. HOCKEY, JR., ROBERT EDWARD KIRSCHMAN, JR.; BRIAN D. GRIFFIN, BRYAN THOMPSON,

Office of General Counsel, United States Department of Veterans Affairs, Washington, DC.

———————————

Before MOORE, WALLACH, and STOLL, *Circuit Judges.*

MOORE, *Circuit Judge.*

William G. Abell appeals the United States Court of Appeals for Veterans Claims' decision affirming the Board of Veterans' Appeals' severance of Mr. Abell's award of service connection for back and right hip disabilities. Mr. Abell's arguments on appeal challenge only the Board's factual determinations and application of law to the facts. Because we do not have jurisdiction to review such challenges, we dismiss. 38 U.S.C. § 7292(d) (2012); *see Prinkey v. Shinseki*, 735 F.3d 1375, 1382–83 (Fed. Cir. 2013).

**DISMISSED**